# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| THOMAS WILLIAM O'NEILL | § § § § | CASE NO. 25-33959 |
| DEBTOR. | § | |

## ADDENDUM TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (RE: DOCKET NO. 3, 4)

Dated: August 26, 2025

Respectfully submitted:

CONDON TOBIN SLADEK SPARKS NERENBERG, PLLC
By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    8080 Park Lane, Suite 700
    Dallas, Texas 75231
    Telephone: (214) 265-3834
    E-mail: jcarruth@condontobin.com

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on August 26, 2025 by electronic notice to all ECF users who have appeared in this case to date.

    */s/ Jeff Carruth*
    JEFF CARRUTH

## ADDENDUM TO SCHEDULES

**STATEMENT REGARDING HOMESTEAD EXEMPTION** — With respect to Schedule AB-1, Schedule C, and one or more questions on the SOFA, below is the history of sales and purchases of homestead of the Debtor since 11/15/2021. The homestead interest of the Debtor existed and was acquired outside of the 1215-day period of Code §522(p)(1). Excess proceeds from sales invested in subsequent homestead were used to retire debts.

| Property #### street | Date Purchased | Purchase Price | Date Sold | Sale Price | Equity Rolled to Next |
|---|---|---|---|---|---|
| 11 Crestwood Dr | 10/1/2014 | 4,700,000.00 | 11/15/2021 | 5,500,000.00 | 1,646,090.00 |
| 5409 Meadow Rd | 2/25/2022 | 1,646,090.00 | 6/15/2023 | 2,100,000.00 | 1,205,000.00 |
| 437 W 23rd St | 6/16/2023 | 1,205,000.00 | 6/27/2024 | 1,242,000.00 | 815,000.00 |
| 402 Lakeshore Dr | 6/28/2024 | 815,000.00 | | | |
| | | | | | |
| Petition Date est. | 7/3/2025 | | | | |
| Code 522.p.1 period | 1,215 | | | | |
| Code 522.p.1 cut off | 3/6/2022 | | | | |

**SCHEDULE AB, C, D** — With respect to the Ford F-150, the amount of the debt exceeds the value of the vehicle. Thus, the estate possesses no realizable interest in the vehicle.

**SCHEDULE F** — Navient and Nelnet student loans were not authorized, executed, or authorized by the Debtor. Navient and Nelnet loans were obtained by former spouse of the Debtor. Accordingly, all such amounts are disputes. Debtor believes these student loans are dischargeable, and Debtor reserves all facts, claims, issues, rights, remedies, and defenses with respect to the student loans.

**SCHEDULE I-J, SOFA 5** — Roommate covers approximately $2,000 in expenses per month, consisting mainly of utilities, groceries, and payment on Ford F150. Utilities are held in the name of the roommate.

**SCHEDULE J-17** — Student loan payment for Debtor's graduate program, may be dischargeable and thus would reduce this line item.

**SOFA 4** — Debtor did not work in 2023 and 2024. Debtor paid necessary living expenses from proceeds of prior homestead(s).

**SOFA 15** — Debtor suffered losses as a results of the actions and/or omissions of Brent Whiteley, however, those losses occurred outside of the one-year period of this SOFA item.